```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03872-RNO
David Joseph Hittie                                                 Chapter 13
Tara Ann Hittie
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: KADavis              Page 1 of 1           Date Rcvd: Nov 19, 2018
                            Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
              +SYSCO CENTRAL PENNSYLVANIA,    ATTN: PAYROLL ADMINISTRATOR,    3905 COREY ROAD,
                HARRISBURG, PA 17109-5930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles   on behalf of Debtor 1 David Joseph Hittie pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles   on behalf of Debtor 2 Tara Ann Hittie pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Joseph Hittie  
Tara Ann Hittie  
**Debtor(s)**

**Chapter** 13

**Case No.** 1:18-bk-03872-RNO

**Matter:** Motion for Wage Attachment Order

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, David Joseph Hittie, receives income from:

> Sysco Central Pennsylvania  
> Attn: Payroll Administrator  
> 3905 Corey Road  
> Harrisburg, PA 17109

Should deduct from said Debtor 1's income the sum of **$153.69** from each **bi-weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

> Charles J. DeHart, III, Esquire  
> Standing Chapter 13 Trustee  
> PO Box 7005  
> Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: November 19, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)