In re:                                                        Case No. 18-03872-RNO
David Joseph Hittie                                           Chapter 13
Tara Ann Hittie
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: KADavis         Page 1 of 1          Date Rcvd: Dec 21, 2018
                           Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
              +SYSCO CENTRAL PENNSYLVANIA,   ATTN: PAYROLL ADMINISTRATOR,   3905 COREY ROAD,
               HARRISBURG, PA 17109-5930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        Paul Donald Murphy-Ahles    on behalf of Debtor 1 David Joseph Hittie pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        Paul Donald Murphy-Ahles    on behalf of Debtor 2 Tara Ann Hittie pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 5

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Joseph Hittie

Tara Ann Hittie

**Debtor(s)**

**Chapter** 13

**Case No.** 1:18-BK-03872-RNO

**Matter:** Motion for Wage Attachment Order

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a First Amended Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, David Joseph Hittie, receives income from:

Sysco Central Pennsylvania
Attn: Payroll Administrator
3905 Corey Road
Harrisburg, PA 17109

Should deduct from said Debtor 1's income the sum of **$171.23** from each **bi-weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders, if any, made to subject entity in this or any previous case.

Dated:   December 21, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge  (DG)