**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Joseph Hittie  **Chapter** 13
Tara Ann Hittie
    **Debtor(s)**  **Case No.** 1:18-BK-02872-RNO

**NOTICE OF CHANGE OF ADDRESS**

The Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| **FROM** | **TO** |
|---|---|
| Receivable Management, Inc.<br>7206 Hull Road, Suite 211<br>Richmond, VA 23235 | Receivable Management, Inc.<br>1887 Hugenot Road, Suite 118<br>Midlothian, VA 23113-5604 |

| | |
|---|---|
| Date: December 28, 2018 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |