```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03872-HWV
David Joseph Hittie                                                 Chapter 13
Tara Ann Hittie
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: KADavis              Page 1 of 1             Date Rcvd: May 30, 2019
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
     +SYSCO CENTRAL PENNSYLVANIA,    ATTN: PAYROLL ADMINISTRATOR,    3905 COREY ROAD,
      HARRISBURG, PA 17109-5930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      Paul Donald Murphy-Ahles    on behalf of Debtor 1 David Joseph Hittie pmurphy@dplglaw.com,
       kgreene@dplglaw.com
      Paul Donald Murphy-Ahles    on behalf of Debtor 2 Tara Ann Hittie pmurphy@dplglaw.com,
       kgreene@dplglaw.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David Joseph Hittie<br>**Debtor 1**<br>Tara Ann Hittie<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18-bk-03872-HWV<br><br>Matter: Motion for Termination of Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$171.23** from each **weekly** paycheck.

Dated: May 30, 2019

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (JH)