```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 18-03872-HWV
David Joseph Hittie                                            Chapter 13
Tara Ann Hittie
        Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis              Page 1 of 1          Date Rcvd: May 31, 2019
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
      +KSB INC,    ATTN: PAYROLL ADMINISTRATOR,    4924 LINCOLN HIGHWAY,    THOMASVILLE, PA 17364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      Paul Donald Murphy-Ahles    on behalf of Debtor 1 David Joseph Hittie pmurphy@dplglaw.com, kgreene@dplglaw.com
      Paul Donald Murphy-Ahles    on behalf of Debtor 2 Tara Ann Hittie pmurphy@dplglaw.com, kgreene@dplglaw.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David Joseph Hittie<br>**Debtor 1**<br>Tara Ann Hittie<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18-bk-03872-HWV<br><br>Matter: Motion for Wage Attachment Order |

### ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, David Joseph Hittie, receives income from:

KBS, Inc.
Attn: Payroll Administrator
4924 Lincoln Highway
Thomasville, PA 17364

Should deduct from said Debtor 1's income the sum of **$85.62** from each **weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA  17604

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason therefore.  IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure.  IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated:  May 31, 2019

By the Court,

*Henry W. Van Eck* (signature)
Henry W. Van Eck, Bankruptcy Judge (LS)