**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    DAVID JOSEPH HITTIE
           TARA ANN HITTIE               CHAPTER 13

        Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
          Movant
                                 CASE NO:   1-18-03872-HWV

        DAVID JOSEPH HITTIE
        TARA ANN HITTIE

        Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on October 13, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

   - make the regular monthly payments to the trustee during the remaining term of the plan.

    As of October 13, 2021, the Debtor(s) is/are $1855.19 in arrears with a plan payment having last been made on Jul 19, 2021

    In accordance with said stipulation, the case may be dismissed

                          Respectfully Submitted,
                          /s/  Bobbie Weigel
                          for Jack N. Zaharopoulos, Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA  17036
                          Phone:  (717) 566-6097

Dated: October 13, 2021

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   DAVID JOSEPH HITTIE
          TARA ANN HITTIE                CHAPTER 13

        Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
          Movant

                                CASE NO:   1-18-03872-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 13, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

PAUL MURPHY-AHLES ESQUIRE        SERVED ELECTRONICALLY
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011-

DAVID JOSEPH HITTIE             SERVED BY 1ST CLASS MAIL
TARA ANN HITTIE
3268 MESSERSMITH ROAD
YORK, PA  17408

United States Trustee
228 Walnut Street                   SERVED ELECTRONICALLY
Suite 1190
Harrisburg, PA  17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 13, 2021            Respectfully submitted,
                                Bobbie Weigel
                                for Jack N. Zaharopoulos, Trustee
                                Suite A, 8125 Adams Dr.
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097
                                eMail: info@pamd13trustee.com