United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Joseph Hittie  
Tara Ann Hittie  
    Debtors

Case No. 18-03872-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 15, 2021      Form ID: pdf010      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Joseph Hittie, Tara Ann Hittie, 3268 Messersmith Road, York, PA 17408-8224 |
| 5108059 | | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 5108058 | + | Eichelbergers, Inc., 107 Texaco Road, Mechanicsburg, PA 17050-2626 |
| 5108062 | + | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5130250 | + | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 5120392 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5108066 | | Patient First, PO Box 758941, Baltimore, MD 21275-8941 |
| 5108069 | + | Ratchford Law Group, PC, 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 5108070 | | Receivable Management, Inc., 1887 Hugenot Road Suite 118, Midlothian, VA 23113-5604 |
| 5108071 | | US Department of Education, Attn: Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 5167593 | | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 5125269 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5130897 | + | Email/Text: g20956@att.com | Oct 15 2021 18:38:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5121804 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 18:44:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5108055 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 18:44:38 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5130481 | | Email/Text: G06041@att.com | Oct 15 2021 18:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5109510 | | Email/Text: mrdiscen@discover.com | Oct 15 2021 18:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5108056 | | Email/Text: mrdiscen@discover.com | Oct 15 2021 18:38:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5108057 | | Email/Text: operationsclerk@easypayfinance.com | Oct 15 2021 18:38:00 | Easy Pay / Duvera Collections, PO Box 2549, Carlsbad, CA 92018 |
| 5108060 | | Email/Text: bknotice@ercbpo.com | Oct 15 2021 18:38:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 5108061 | | Email/Text: GCSBankruptcy@gcserv.com | Oct 15 2021 18:38:00 | GC Services, LP, 6330 Gulfton, Houston, TX 77081 |
| 5108063 | + | Email/Text: camanagement@mtb.com | Oct 15 2021 18:38:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5108064 | + | Email/Text: unger@members1st.org | Oct 15 2021 18:38:00 | Members 1st Federal Credit Union, 5000 Louise |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5108065 | + | Email/Text: Bankruptcies@nragroup.com | Oct 15 2021 18:38:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5108067 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 18:44:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5116942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 18:44:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5108123 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 15 2021 18:44:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5130895 | + | Email/Text: bankruptcynotices@psecu.com | Oct 15 2021 18:38:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5108068 | + | Email/Text: bankruptcynotices@psecu.com | Oct 15 2021 18:38:00 | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5120054 | + | Email/Text: joey@rmscollect.com | Oct 15 2021 18:38:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5108072 | | Email/Text: bankruptcy@uscbcorporation.com | Oct 15 2021 18:38:00 | USCB Corporation, PO Box 75, Archbald, PA 18403 |
| 5129279 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 15 2021 18:44:34 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5108073 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 18:38:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 David Joseph Hittie pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Tara Ann Hittie pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**DAVID JOSEPH HITTIE**

      Debtor 1

**TARA ANN HITTIE**

      Debtor 2

**JACK N. ZAHAROPOULOS**
**CHAPTER 13 TRUSTEE**
  vs.      Movant(s)

**DAVID JOSEPH HITTIE**
**TARA ANN HITTIE**
      Respondent(s)

**Chapter:** 13

**Case No.:** 1-18-bk-03872-HWV

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtors be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 15, 2021      By the Court,

                                     Henry W. Van Eck, Chief Bankruptcy Judge (MS)